JAMES B. LATHAM et al., Respondents, *v.* STEPHEN W. RICHARD, Appellant.

(Argued January 28, 1878; decided February 5, 1878.)

REPORTED below, 12 Hun, 360.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

JOHN W. EIGHMY, Receiver, etc., Respondent, *v.* WILLIAM C. BARKER et al., Appellants.

(Submitted January 30, 1878; decided February 12, 1878.)

*John C. Hulbert* for appellants.

*A. Pond* for respondent.

Agree to affirm; no opinion.
All concur except ANDREWS, J., absent.
Judgment affirmed.